

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 15, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/11

BY EMAIL
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. John Raymond Anthony White</u>,
            No. 10 Cr. 516 (SHS)

Dear Judge Stein:

      The Government writes in response to defense counsel's request to adjourn the April 4, 2011 trial date to April 18, 2011. The Government would like to go forward on April 4, 2011. As Your Honor may recall, trial in this matter was adjourned previously and, at the last conference on January 11, 2011, the Court made clear to the defendant that the case would proceed to trial on April 4, 2011. The Government anticipates that it will take approximately one week to ten days for our case in chief (depending upon whether the defense agrees to enter into any stipulations). My trial partner, Assistant United States Attorney Lee Renzin, and I have trials scheduled in separate matters for May 16, 2011. My trial is in a multi-defendant narcotics case and Mr. Renzin's trial is in a complex fraud matter. If trial does not begin until April 18, 2011 and it lasts for two weeks, it would be quite difficult for us to prepare for our May 16, 2011 trials.

      If the Court is inclined to adjourn the trial date, the Government respectfully requests that it be adjourned for only one week. The Government also requests that the due date for the request to charge, motions in limine, and voir dire be adjourned for the same amount of time as the trial adjournment.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney
      Southern District of New York

By:     /s/ Alvin L. Bragg
      Alvin L. Bragg, Jr.
      Assistant United States Attorney
      Tel.: (212) 637-1085

cc:    Donald D. DuBoulay, Esq. (By Email)